

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ JR., | § | No. 08-25-00188-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No 3 |
| | § | |
| ALEJANDRO RAMON FERNANDEZ, JR., | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2025-CCV00456) |
| | § | |
| | § | |

## **M E M O R A N D U M   O P I N I O N**

Appellant, Alejandro Hernandez Jr., was declared a vexatious litigant on April 17, 2019, and is now subject to a prefiling order which prohibits him from filing any action in a Texas court without first obtaining permission from the local administrative judge.[1] Tex. Civ. Prac. & Rem. Code Ann. §11.101. Despite that prefiling order, Hernandez filed a notice of appeal in this cause without an accompanying order permitting the filing. Because Hernandez has not complied with the filing requirements, we dismiss the appeal. Tex. Civ. Prac. & Rem. Code Ann. §§ 11.101, 11.1035.

---

[1] OFFICE OF COURT ADMINISTRATION, *List of Vexatious Litigants Subject to a Prefiling Order*, Alejandro Hernandez, https://www.txcourts.gov/media/1444722/alejandro-hernandez.pdf (last visited August 7, 2025).

Chapter 11 of the Civil Practices and Remedies Code requires courts to dismiss new actions filed by vexatious litigants when the litigant fails to file an order from the local administrative judge permitting the filing of the new action. Tex. Civ. Prac. & Rem. Code Ann. §11.1035(b) (the court "shall dismiss the litigation unless the [vexatious litigant] not later than the 10th day after the date the notice is filed, obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing of the litigation").

On July 22, 2025, we notified Hernandez that this appeal would be dismissed unless he obtained an order granting permission to proceed from the appropriate local administrative judge by August 1, 2025. Hernandez responded, moving this Court to abate the appeal to allow additional time to obtain such an order. Because § 11.1035 is clear that courts must dismiss the litigation unless the litigant, within ten days, obtains an order permitting the filing, we deny the motion to abate and dismiss the appeal. Tex. Civ. Prac. & Rem. Code Ann. §11.1035(b). All pending motions are denied as moot.

MARIA SALAS MENDOZA, Chief Justice

August 11, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.